**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 21-81417-CV-MIDDLEBROOKS/Matthewman

LAWRENCE YORE, as the Personal
Representative for the Estate of Rebeca Yore,

    Plaintiff,
v.

GVDB OPERATIONS, LLC, and
JSMGV MANAGEMENT COMPANY, LLC,

    Defendant.
_____/

## ORDER GRANTING MOTION TO STAY

THIS CAUSE comes before the Court upon Defendants' Unopposed Renewed Motion to Stay Pending Appeal of Nearly Identical Lawsuit, *Schleider, et al. v. GVDB Operations, LLC*, filed on August 20, 2021. (DE 5).

Defendant seeks a stay of this matter pending the Eleventh Circuit's resolution of *Schleider v. GVDB Operations, LLC*, 11th Cir. No. 21-11765 (May 24, 2021), which presents the same jurisdictional issues related to federal question jurisdiction and preemption under the Public Readiness and Emergency Preparedness ("PREP") Act, 42 U.S.C. §§ 247d-6d, 247d-6e, as raised by Defendant's Notice of Removal.

Given that *Schleider*, like the instant matter, raises jurisdictional issues of first impression in this Circuit, in the interest of judicial economy, it is **ORDERED AND ADJUDGED** that:

(1) Defendant's Unopposed Renewed Motion to Stay Pending Appeal of Nearly Identical Lawsuit, *Schleider, et al. v. GVDB Operations, LLC* (DE 5) is **GRANTED**.

(2) This case is **STAYED**.

2

(3) In light of the recent appeal, filed May 24, 2021, the Clerk of Court shall **ADMINISTRATIVELY CLOSE** this case and **DENY AS MOOT** all pending motions.

(4) Either party may move to lift the stay upon the Eleventh Circuit's decision in *Schleider*. Any motion to lift the stay must be filed within seven days of the Eleventh's Circuit's ruling.

(5) If the Parties resolve this matter prior to resolution of the *Schleider* appeal, they shall promptly file a Notice of Settlement into the court record.

**SIGNED** in Chambers at West Palm Beach, Florida, this 24th day of August, 2021.

Donald M. Middlebrooks
United States District Judge